IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'Hon Mainor, on behalf of himself and All others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | No. 1:11-cv-00971-CAP |
| v. ) ) | |
| Lazer Spot, Inc., a domestic limited liability company, ) ) ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, J'Hon Mainor, and Defendant, Lazer Spot, Inc. (collectively referred to as the "Parties"), file this Joint Motion to Stay Proceedings in this action, and in support of this motion show the Court:

1.   Plaintiff filed his original Complaint on March 25, 2011, [Doc. No. 1], and Defendant filed its Answer on May 2, 2011 [Doc. No. 17].

2.   During the pendency of this action 11 opt-in Plaintiffs have filed Consents to Join this action with the Court [Docs. Nos. 5, 6, 7, 8, 10, 12, 13, 14, 19, 20 and 23].

3.   Plaintiff filed his Motion for Conditional Class Certification on May 4, 2011 [Doc. No. 21]; Defendant filed its Response on June 6, 2011 [Doc. No. 31] and Plaintiff filed his Reply on June 17, 2011 [Doc. No. 33].

4. This Court's Order on Plaintiff's Motion for Conditional Class Certification was entered on August 9, 2011 [Doc. No. 34], granting conditional class certification and permitting court-supervised notice to potential opt-ins.

5. The Parties have exchanged written discovery.

6. The parties have engaged in informal settlement discussions, but believe that the services of an external mediator will be helpful in reaching a resolution of this case. Several mediators known and agreeable to both counsel have been discussed and the parties will attempt to schedule a mediation by November 1, 2011.

7. The Parties have agreed to engage in informal discovery prior to the mediation in the belief that such efforts will enhance the likelihood of reaching a settlement.

8. The Parties respectfully request that the Court stay this matter, provide no rulings or orders on pending motion before the court, although there are none pending at present, and stay all other deadlines, including those contained in this Court's Order of August 9, 2011, so that each party can rely on the current posture of the lawsuit in order to hopefully resolve this matter in full, and to avoid this Court expending resources, that hopefully will not be needed,
 in litigating this case.

9. Once the mediation has been conducted, the Parties will immediately notify the Court of the status.

WHEREFORE, the parties respectfully request this Court stay this matter and provide no rulings or orders on pending motions before the Court until the Parties have had an opportunity to mediate the case and report back to the Court.

Respectfully submitted this 24th day of August, 2011.

| | |
|---|---|
| *s/F. Kytle Frye, III* | *s/Justin M. Ross* |
| F. Kytle Frye, III | Justin M. Ross |
| Georgia Bar No. 278800 | Morgan and Morgan, PA-TN |
| Fisher & Phillips, LLP | One Commerce Square |
| 1075 Peachtree Street, NE | Suite 2600 |
| Suite 3500 | Memphis, TN  38103 |
| Atlanta, GA  30309 | (901) 333-1844 |
| (404) 240-4243 (telephone) | jross@forthepeople.com |
| (404) 240-4249 (facsimile) | |
| kfrye@laborlawyers.com | |
| *s/Rhonda R. Wilcox* | *s/Jennifer M. Bermel* |
| Rhonda R. Wilcox | Jennifer M. Bermel |
| Georgia Bar No. 758528 | Morgan and Morgan, PA-TN |
| Lazer Spot, Inc. | One Commerce Square |
| 6525 Shiloh Road, Suite 900 | Suite 2600 |
| Alpharetta, GA  30005 | Memphis, TN  38103 |
| (678) 771-2617 (telephone) | (901) 217-7000 (telephone) |
| (678) 771-2657 (facsimile) | (901) 333-1871 (facsimile) |
| rwilcox@lazerspot.com | jbermel@forthepeople.com |
| | |
| Counsel for Defendant | |
| | *s/Deirdre M. Stephens-Johnson* |
| | Deirdre M. Stephens-Johnson |
| | Morgan & Morgan, P.A. – ATL |
| | 191 Peachtree Street, NE |
| | Suite 4200 |
| | Atlanta, GA  30303 |
| | (404) 965-8819 (telephone) |

(404) 965-8812 (facsimile)
djohnson@forthepeople.com

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **J'Hon Mainor, on behalf of himself and All others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) ) | **No. 1:11-cv-00971-CAP** |
| **v.** ) ) | |
| **Lazer Spot, Inc., a domestic limited liability company,** ) ) ) ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on the joint motion to stay proceedings to allow the parties' to participate in mediation, which is hereby **GRANTED**. The parties are **DIRECTED** to file a status report advising the Court when they have arrived at a date certain upon which mediation will take place and again within ten (10) days of the conclusion of such proceedings.

**IT IS SO ORDERED** this ____ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE