IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'HON MAINOR, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a domestic limited liability company,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>CASE NO.: 1:11-CV-971-CAP |

## PLAINTIFF'S MOTION TO DISMISS OPT-IN PLAINTIFFS WITHOUT PREJUDICE

Plaintiff, J'HON MAINOR, pursuant to Rule 41(a)(2), hereby moves to dismiss Opt-In Plaintiffs David Bullock [D.E. 69], Ken Woolwine [D.E. 77], Melvin Griffin [D.E. 97], and Christopher Patterson [D.E. 100], without prejudice, because they no longer wish to participate in this case.[1]  Plaintiff has previously filed notices withdrawing their consents (*see* D.E. 149, 156, 157, and 158), but

---

[1] As stated in Mr. Bullock's Notice of Withdrawal of Consent Form [D.E. 149], Mr. Bullock did not hold a position that was certified by this Court and desires to withdraw from this case.  It is unclear why Defendant would include an individual in the class list who did not hold a position that was certified by this Court.  Mr. Woolwine, Mr. Griffin and Mr. Patterson each work full-time jobs and are unwilling and financially unable to miss work to participate in this matter and desire to withdraw from the case.

Defendant has objected to same. Thus, in order to address Defendant's objection(s), Plaintiff files this Motion out of an abundance of caution.

DATED this 17th day of August, 2012.

>/s/ ANDREW FRISCH
>Andrew Frisch, Esq.
>Morgan & Morgan, P.A.
>6824 Griffin Road
>Davie, FL 33314
>Telephone: (954) 318-0268
>Facsimile: (954) 333-3515
>Email: afrisch@forthepeople.com
>
>Attorney for Plaintiffs

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 5.1(B) of the Local Rules of the United States District Court for the Northern District of Georgia, I, Andrew Frisch, hereby verify that the Notice of Filing Consents to Join is typewritten using Times New Roman font, fourteen (14) point type.

Respectfully submitted this, 17th day of August, 2012.

By: /s/ Andrew R. Frisch
Andrew R. Frisch
Morgan & Morgan
600 North Pine Island Road
Suite 400
Plantation, Florida 33324
(954) 318-0268 Phone
(954) 333-3515 Facsimile
E-Mail: afrisch@forthepeople.com

Counsel for Plaintiff
J'Hon Mainor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 17th day of August 2012, using the CM/ECF system which I understand will send a copy of same to all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch, Esquire