IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'HON MAINOR, on behalf of himself and all other similarly-situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a domestic limited liability company,<br><br>    Defendant. | CIVIL ACTION<br>CASE NO.: 1:11-CV- 0971-CAP |

## JOINT STIPULATION OF DISMISSAL

Plaintiff J'Hon Mainor, and Defendant Lazer Spot, Inc. (the "Parties"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this joint stipulation dismissing this action with prejudice.

Respectfully submitted this 15th day of November 2013.

By: /s/ Brett C. Bartlett
Brett C. Bartlett
Jeffrey Glaser
Mark Y. Thacker
Seyfarth Shaw LLP.
1075 Peachtree Street N.E.
Suite 2500
Atlanta, Georgia 30309
Telephone:  (404) 885-1500
Facsimile: (404) 892-7056
***Attorneys for Defendant Lazer Spot, Inc.***

-and-

By: /s/ C. Ryan Morgan
Andrew R. Frisch
C. Ryan Morgan
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:  (954) 318-0268
Facsimile:   (954) 333-3515
***Attorneys for Plaintiff J'Hon Mainor, et al.***

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'HON MAINOR, on behalf of himself and all other similarly-situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC., a domestic limited liability company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>CASE NO.: 1:11-CV- 0971-CAP |

## **ORDER**

Having reviewed the Parties' Joint Stipulation of Dismissal, filed on _____, this Court orders the Clerk of Court to dismiss this action with prejudice and to close this matter.

SO ORDERED, this _____ day of November, 2013.

_____
CHARLES A. PANNELL, JR.
United States District Court Judge

3